IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE, TENNESSEE

| MPESA COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. _____ |
| v. | ) | |
| | ) | JUDGE _____ |
| ADCOR INDUSTRIES, INC., | ) | |
| | ) | MAG. JUDGE _____ |
| Defendant. | ) | |

## VERIFIED COMPLAINT

COMES NOW the Plaintiff, MPESA Company ("MPESA" or "Plaintiff"), by and through the undersigned, pursuant to Fed. Rs. Civ. P. 7 & 8, and states as follows in support of the above-styled action:

### PARTIES, JURISDICTION AND VENUE

1. MPESA Company is a Tennessee partnership having an address of 19 Wynstone, P.O. Box 150291, Nashville, Davidson County, Tennessee, 37215 of which John Buckner is a general partner.

2. Upon information and belief, Defendant Adcor Industries, Inc. ("Adcor") is a Maryland corporation; has a substantial connection to the parties' activities within Alabama and Tennessee; can be properly served via its registered agent, Dimitros Stavrakis, at 910 Grundy Street, Baltimore, Maryland 21224; and maintains business operations at 910 Grundy Street, Baltimore, Maryland, 21224 and/or 234 South Haven Street, Baltimore, Maryland 21224.

3. The value of the dispute herein exceeds $75,000.00 (seventy-five thousand dollars and zero cents), exclusive of interest and costs.

5. This Court has subject matter jurisdiction over all causes described in this action, pursuant to 28 U.S.C. § 1332(a); venue in this Court is proper, pursuant to 28 U.S.C. §§ 123(1) and 1391(a); and this Court possesses general and specific personal jurisdiction over all parties in this action.

## FACTS

6. On or about March 10, 2011, Manroy USA, LLC, an Alabama limited liability company ("Manroy"), acquired the assets of Sabre Defence Holdings, LLC, a Tennessee limited liability company, and Sabre Defence Industries, LLC, a Tennessee limited liability company, pursuant to a sale under 11 U.S.C. § 363, as evidenced by that certain Amended Order and Notice Approving the Sale of Sabre's Assets Free and Clear of all Liens, Claims, Encumbrances and Interests and Granting Certain Related Relief, D.E. No. 128, In Re:Sabre Defence Industries, Inc., U.S.Bankr.C., M.D. Tenn., No. 3:11-01431.

7. Manroy continued to do business in Tennessee and North Carolina, and entered into one or more contracts or purchase orders with Adcor whereby Adcor purchased and Manroy delivered or performed certain goods and/or services totaling approximately $359,848.00, which amount was reduced via compromise, settlement and/or payment to $153,543.55, which amount was further reduced via compromise, settlement and/or payment, to $98,953.55 exclusive of Manroy's costs expenses, any interest thereon and attorney's fees (the "Adcor Obligations"), as evidenced by those certain account receivable documents attached hereto as **Exhibit A**.

8. Mr. Buckner was the primary equity owner of Manroy on March 10, 2011.

9. Prior to March 14, 2014, Mr. Buckner had acquired 100% equity interest in Manroy.

10. On March 14, 2014, Mr. Buckner sold his interests in Manroy to Sabre Defence Industries, Inc. (a Texas Corporation) by Share Purchase Agreement.

11. Pursuant to the Share Purchase Agreement, Buckner was assigned all right, title and

interest in the accounts receivables (Adcor Obligations) owed by Defendant, Adcor to Manroy and listed in **Exhibit A**

12. Mr. Buckner, assigned his interest said accounts to Plaintiff, MPESA of which he remains a general partner.

13. The Adcor Obligations have been due and owing, since October 2013.

14. On February 9, 2015, Buckner made formal demand upon Adcor for payment of $96,953.00. A copy of this demand letter is attached hereto as **Exhibit B**.

15. Subsequently, Buckner/Plaintiff, MPESA has confirmed these amount with Adcor and provide requested invoices and back up information. Adcor has not contested the amounts owed.

16. In spite of such demands, Defendant Adcor has failed or refused to tender payment.

## CAUSES OF ACTION

### COUNT I
### BREACH OF CONTRACT

12. Paragraphs 1-11, *supra.*, are reincorporated as if fully stated herein.

13. The purchase orders, specifications, delivery of goods and services from Manroy to Adcor as well as partial payments therefor constitute a valid and enforceable contract or set of contracts between Adcor and Manroy; no defenses to formation or validity of this contractual relationship exist; and Adcor is in default for non-payment of the Adcor Obligations.

14. Adcor materially breached the contractual duties it owed Manroy and/or Manroy's successor/assignee, Mr. Buckner, when Adcor failed to make payments due and owing to Manroy and/or Manroy's successor/assignee.

15. As a proximate and actual result of Adcor's breach(es) of contract, Mr. Buckner suffered damages consisting of $96,953.00, plus pre-judgment interest accruing thereon

commencing in October 2013. In addition, Adcor is obligated to pay Plaintiff's costs of enforcement, court costs, and collection costs including but not limited to Plaintiff's existing and future reasonable attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE**, premises considered, MPESA Company respectfully prays, as follows:

A. That MPESA Company be awarded all contractual damages, including but not limited to the amounts set forth above, to which it is entitled;

B. That MPESA Company be awarded all costs of collection, reasonable attorneys' fees, legal expenses, court costs and other costs incurred in the above-styled action

C. That Adcor be ordered to pay all court costs;

D. That Adcor be ordered to pay all of MPESA Company's discretionary costs;

E. That Adcor be ordered to pay all of MPESA Company's other recoverable costs and expenses;

F. That MPESA Company be awarded pre- and post-judgment interest in the maximum permissible rate on any and all contractual or compensatory damages, collection costs, attorneys' fees, legal expenses, court costs, discretionary costs, and other recoverable costs and expenses awarded to him;

G. That MPESA Company be awarded any and all other relief to which he is entitled whether in law or in Equity.

## VERIFICATION

I hereby verify that the facts set forth in the above *Verified Complaint* are true to the best of my information and belief.

_____
John Buckner, individually and as general partner of MPESA Company

STATE OF PA                   )
COUNTY OF Butler              )

Personally appeared before me, Alanea L. Eckstein, a Notary Public in and for the aforesaid State and County, John Buckner, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, after being first duly sworn according to law, did make oath and affirm that he has read the foregoing *Verified Complaint*, and that the facts set forth therein are true and correct to the best of his knowledge, information, and belief.

Sworn to and subscribed before me, this 10 day of July, 2015.

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
Alanea L. Eckstein, Notary Public
Butler Twp., Butler County
My Commission Expires Oct. 2, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

NOTARY PUBLIC

My Commission Expires:

Oct 2, 2018

_____

Respectfully submitted,

**ERNEST B. WILLIAMS IV, PLLC**

_____

**ERNEST B. WILLIAMS, IV, BPR # 12301**

**MICHAEL B. SCHWEGLER, BPR #22563**

P.O. Box 159264

Nashville, Tennessee 37215

Telephone: (615) 372-0993

Facsimile: 615) 371-1572

Email:      erniewilliams@ewivlaw.com

            mikeschwegler@ewivlaw.com

Respectfully submitted,

**ERNEST B. WILLIAMS IV, PLLC**

*[signature]*

**ERNEST B. WILLIAMS, IV, BPR # 12301**
**MICHAEL B. SCHWEGLER, BPR #22563**
P.O. Box 159264
Nashville, Tennessee 37215
Telephone: (615) 372-0993
Facsimile: 615) 371-1572
Email: erniewilliams@ewivlaw.com
         mikeschwegler@ewivlaw.com

**Attorneys for MPESA Company**

## COST BOND

The undersigned hereby agree to guarantee costs incurred in the above-styled matter, up to and including $500.00.

_____
ERNEST B. WILLIAMS, IV
MICHAEL B. SCHWEGLER



## Manroy USA, LLC
### Customer Balance Detail
#### All Transactions

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|
| **Adams Arms** | | | | | |
| Invoice | 5/12/2011 | 10-173 | Accounts Receivable | 7,500.00 | 7,500.00 |
| Payment | 9/17/2012 | 6704 | Accounts Receivable | -6,000.00 | 1,500.00 |
| Invoice | 2/13/2013 | 70268 | Accounts Receivable | 0.00 | 1,500.00 |
| Credit Memo | 2/20/2013 | 70269 | Accounts Receivable | -1,500.00 | 0.00 |
| Invoice | 3/27/2013 | 70295 | Accounts Receivable | 14,730.00 | 14,730.00 |
| Invoice | 4/5/2013 | 70298 | Accounts Receivable | 14,910.00 | 29,640.00 |
| Invoice | 4/25/2013 | 70312 | Accounts Receivable | 14,970.00 | 44,610.00 |
| Payment | 5/1/2013 | 10089 | Accounts Receivable | -4,730.00 | 39,880.00 |
| Invoice | 5/16/2013 | 70322 | Accounts Receivable | 11,880.00 | 51,760.00 |
| Invoice | 5/16/2013 | 70323 | Accounts Receivable | 5,820.00 | 57,580.00 |
| Invoice | 5/21/2013 | 70329 | Accounts Receivable | 8,910.00 | 66,490.00 |
| Invoice | 5/21/2013 | 70330 | Accounts Receivable | 3,000.00 | 69,490.00 |
| Payment | 5/31/2013 | 10454 | Accounts Receivable | -10,000.00 | 59,490.00 |
| Payment | 6/4/2013 | 10505 | Accounts Receivable | -29,880.00 | 29,610.00 |
| Invoice | 6/14/2013 | 70342 | Accounts Receivable | 14,940.00 | 44,550.00 |
| Payment | 6/20/2013 | 10658 | Accounts Receivable | -17,700.00 | 26,850.00 |
| Invoice | 6/26/2013 | 70352 | Accounts Receivable | 15,000.00 | 41,850.00 |
| Payment | 6/26/2013 | 10710 | Accounts Receivable | -11,910.00 | 29,940.00 |
| Invoice | 7/11/2013 | 70361 | Accounts Receivable | 15,000.00 | 44,940.00 |
| Invoice | 7/11/2013 | 70362 | Accounts Receivable | 2,970.00 | 47,910.00 |
| Payment | 7/16/2013 | 11017 | Accounts Receivable | -14,940.00 | 32,970.00 |
| Invoice | 7/23/2013 | 70366 | Accounts Receivable | 11,970.00 | 44,940.00 |
| Invoice | 7/31/2013 | 70374 | Accounts Receivable | 15,030.00 | 59,970.00 |
| Payment | 7/31/2013 | 11155 | Accounts Receivable | -15,000.00 | 44,970.00 |
| Invoice | 8/8/2013 | 70377 | Accounts Receivable | 15,000.00 | 59,970.00 |
| Payment | 8/15/2013 | 11300 | Accounts Receivable | -15,000.00 | 44,970.00 |
| Payment | 8/19/2013 | 11354 | Accounts Receivable | -2,970.00 | 42,000.00 |
| Payment | 8/27/2013 | 11464 | Accounts Receivable | -11,970.00 | 30,030.00 |
| Invoice | 8/28/2013 | 70385 | Accounts Receivable | 14,940.00 | 44,970.00 |
| Payment | 8/30/2013 | 11556 | Accounts Receivable | -15,030.00 | 29,940.00 |
| Discount | 9/1/2013 | | Accounts Receivable | -10,000.00 | 19,940.00 |
| Payment | 9/1/2013 | | Accounts Receivable | 0.00 | 19,940.00 |
| Payment | 9/24/2013 | 11738 | Accounts Receivable | -15,000.00 | 4,940.00 |
| Payment | 10/16/2013 | 12024 | Accounts Receivable | -4,940.00 | 0.00 |
| **Total Adams Arms** | | | | 0.00 | 0.00 |
| **Adcor Industries, Inc.** | | | | | |
| Invoice | 3/7/2013 | 70282 | Accounts Receivable | 14,100.00 | 14,100.00 |
| Invoice | 4/18/2013 | 70303 | Accounts Receivable | 21,060.00 | 35,160.00 |
| Payment | 4/22/2013 | 36048 | Accounts Receivable | -14,100.00 | 21,060.00 |
| Invoice | 5/8/2013 | 70317 | Accounts Receivable | 22,410.00 | 43,470.00 |
| Invoice | 5/14/2013 | 70320 | Accounts Receivable | 11,880.00 | 55,350.00 |
| Invoice | 5/23/2013 | 70331 | Accounts Receivable | 4,860.00 | 60,210.00 |
| Invoice | 5/23/2013 | 70335 | Accounts Receivable | 405.00 | 60,615.00 |
| Invoice | 5/28/2013 | 70333 | Accounts Receivable | 6,075.00 | 66,690.00 |
| Credit Memo | 5/29/2013 | 70334 | Accounts Receivable | -13,095.00 | 53,595.00 |
| Invoice | 5/29/2013 | 70336 | Accounts Receivable | 13,305.91 | 66,900.91 |
| Invoice | 5/30/2013 | 70337 | Accounts Receivable | 23,895.00 | 90,795.91 |
| Invoice | 6/11/2013 | 70341 | Accounts Receivable | 12,015.00 | 102,810.91 |
| Payment | 6/18/2013 | 036304 | Accounts Receivable | -21,060.00 | 81,750.91 |
| Invoice | 6/18/2013 | 70344 | Accounts Receivable | 4,157.64 | 85,908.55 |
| Invoice | 6/18/2013 | 70345 | Accounts Receivable | 25,650.00 | 111,558.55 |
| Invoice | 6/18/2013 | 70346 | Accounts Receivable | 6,615.00 | 118,173.55 |
| Credit Memo | 6/20/2013 | 70347 | Accounts Receivable | -14,310.00 | 103,863.55 |
| Invoice | 6/25/2013 | 70349 | Accounts Receivable | 14,175.00 | 118,038.55 |
| Invoice | 6/25/2013 | 70350 | Accounts Receivable | 1,350.00 | 119,388.55 |
| Payment | 6/27/2013 | 36330 | Accounts Receivable | -45,630.00 | 73,758.55 |
| Invoice | 6/27/2013 | 70354 | Accounts Receivable | 13,635.00 | 87,393.55 |
| Invoice | 6/27/2013 | 70355 | Accounts Receivable | 12,825.00 | 100,218.55 |
| Invoice | 7/10/2013 | 70358 | Accounts Receivable | 26,190.00 | 126,408.55 |
| Invoice | 7/10/2013 | 70359 | Accounts Receivable | 270.00 | 126,678.55 |
| Invoice | 7/10/2013 | 70360 | Accounts Receivable | 26,865.00 | 153,543.55 |
| Credit Memo | 1/31/2014 | AP01.. | Accounts Receivable | -54,590.00 | 98,953.55 |
| **Total Adcor Industries, Inc.** | | | | 98,953.55 | 98,953.55 |

Case 3:15-cv-00825  Document 1  Filed 07/24/15  Page 8 of 12 PageID #: 8

# ERNEST B. WILLIAMS IV, PLLC

Ernie Williams
P.O. Box 159264
Nashville, TN 37215
Phone: 615-372-0993
Facsimile: 615-371-1572
Email: erniewilliams@ewivlaw.com
Website: www.ewivlaw.com

**EXHIBIT B**

February 9, 2015

**VIA U.S. MAIL AND
CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
VIA EMAIL**

Adcor Industries, Inc
910 GRUNDY STREET
BALTIMORE, MD 21224

Adcor Industries, Inc.
234 South Haven Street
Baltimore, Maryland 21224 USA

**RE: ACCOUNT BALANCE DUE MANROY DEFENSE SYSTEMS D/B/A MANROY USA, LLC (MATERIAL/PRODUCTION) AS ASSIGNED TO JOHN BUCKNER**

Dear Sir or Madam;

Your attention is called to the above-referenced account(s).

This Firm represents John Buckner ("Buckner" or "Plaintiff"), former owner Manroy Defense Systems, d/b/a Manroy USA, LLC ("Manroy") and assignee through acquisition/merger of the Material/Production account(s) between Adcor and Manroy whereby Adcor purchased certain goods and/or services from Manroy totaling approximately $96,953.00 exclusive of Manroy's costs expenses, any interest thereon and attorney's fees. This amount has been due and payable since October/November 2013. The original amount was reduced by way of compromise and settlement to $153,543.55 of which Adcor had agreed to pay $15,000.00 per month. On October 31, 2013 another credit memo was given (for fabrication of "rails") and the amount was further reduced to the number appearing above.

The purpose of this letter is to inform you that your payment of these sums is seriously delinquent and your obligations are, by this letter, declared in default. By this letter, Plaintiff (Buckner) informs you that all amounts respecting these past due balances are immediately due and payable.

As our records show that you failed or refused to perform with respect to various offers to pay a lesser sum, all such offers of compromise and settlement are hereby withdrawn. Unless this entire sum is paid in full within 30 days of the date of this letter, our client has

*Business Law with "Business Sense"*

Adcor Industries, Inc.
February 9, 2015
Page **2** of **2**

asked us immediately to file a lawsuit to collect this entire amount along with such costs, fees and expenses are allowed by the court and applicable law including interest, costs of collection and attorneys' fees.

Your payment in the amount of $96,953.00 should be directed to this firm at:

Ernest B. Williams IV, PLLC
P.O. Box 159264
Nashville, TN 37215
Attn: Cecilia Hensley
615 372-0993
ceciliahensley@ewivlaw.com

You may direct any questions you may have directly to me at the above referenced direct dial number and email address.

**YOUR PROMPT ATTENTION TO THIS MATTER IS APPRECIATED. SHOULD THIS ENTIRE AMOUNT NOT BE ACTUALLY RECEIVED BY THIS FIRM IN GOOD FUNDS BY MARCH 11, 2015 (OR OTHER SATISFACTORY ARRANGEMENTS MADE WE WILL IMMEDIATELY PROCEED TO FILE SUIT A JUDGMENT AGAINST YOU MAY RESULT IN YOUR ASSETS BEING ATTACHED.**

While this is a commercial matter and the Federal Fair Debt Collection Practices Act does not apply, please note this law firm, according to the definitions in the Fair Debt Collection Practices Act, is a "debt collector".

**THIS CONTACT FROM US IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The favor of your prompt response is greatly appreciated. You may contact the undersigned or Cecilia Hensley at: 615-372-0993.

Sincerely,

ERNEST B. WILLIAMS IV, PLLC

By: Ernest B. Williams IV

EBW/ch

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

Sent To: Ador Industries
Street, Apt. No.; or PO Box No.: 234 South Haven St
City, State, ZIP+4: Baltimore, Maryland

PS Form 3800, August 2006 — See Reverse for Instructions

7012 0470 0000 8221 2433

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

Sent To: Ador Industries Inc
Street, Apt. No.; or PO Box No.: 910 Grundy St
City, State, ZIP+4: Baltimore, Maryland

PS Form 3800, August 2006 — See Reverse for Instructions

7012 0470 0000 8221 2840

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adcor Industries, Inc
234 South Haven St
Baltimore, Maryland
21224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☑ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

7012 0470 0000 8221 2833

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE — NASHVILLE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ernest B. Williams IV, PLLC
P.O. Box 159264
Nashville, TN  37215

Adcor Industries, Inc
(3) 234 _[illegible]_